UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| INTERNATIONAL CONSULTING ASSOCIATES, INC. and DONALD L. SHEDROW | CIVIL ACTION |
| Plaintiffs | NO: 306CV234 |
| Versus | |
| BRENTON-ROTH ENTERPRISES, LLC, ROTH INTERNATIONAL VENTURES, LLC, MURRAY ROTH, SR. and MURRAY ROTH, JR. | SECTION: JUDGE KEESLER |
| Defendants | |

### ORDER

CONSIDERING THE EX PARTE MOTION of pro se defendants, Murray Roth, Sr., Murray Roth, Jr., Brenton-Roth Enterprises, LLC and Roth International Ventures, LLC, it is ordered that the defendants' motion for extension of time to file responsive pleadings is granted, and all defendants are granted an extension of fifteen (15) days from the date of this Order to file responsive pleadings in the above referenced matter.

Signed on this __13th__ day of __June__, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

3