# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

### CHARLOTTE DIVISION

FILED
CHARLOTTE, N. C.

JUN 29 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| INTERNATIONAL CONSULTING ASSOCIATES, INC. & DONALD L. SHEDROW | CIVIL ACTION<br><br>NO. 03:06-cv-00234 |
| Plaintiffs | |
| v. | |
| BRENTON-ROTH ENTERPRISES, LLC, ROTH INTERNATIONAL VENTURES, LLC MURRAY ROTH, SR. & MURRAY ROTH, JR. | MAGISTRATE: D. KEESLER |
| Defendants | |

## ORDER RE DEFAULT OF ALL DEFENDANTS

This matter having come before the Court upon Plaintiff's Motion for Entry of Default, pursuant to F.R.C.P. 55 (a) and the Court being fully advised in the premises:

The defaults of Defendants Brenton-Roth Enterprises, LLC; Roth International Ventures, LLC; Murray Roth, Sr. & Murray Roth, Jr. are hereby entered for failing to plead and respond to the Complaint within the time permitted.

This the 29th day of June, 2006.

Deputy CLERK OF COURT, UNITED STATES
DISTRICT COURT FOR THE WESTERN
DISTRICT OF NORTH CAROLINA

## CERTIFICATE OF SERVICE

A copy of the foregoing pleading was placed in the U.S. mail, properly addressed and prepaid, to:

Brenton-Roth Enterprises, LLC
Murray A. Roth, Sr., Registered Agent
300 Covington Street
Madisonville, Louisiana 70447

Roth International Ventures, LLC
Murray A. Roth, Sr., Registered Agent
611 Metairie Road
Metairie, Louisiana 70005

Murray A. Roth, Sr.
611 Metairie Road
Metairie, Louisiana 70005

Murray Roth, Jr.
611 Metairie Road
Metairie, Louisiana 70005

Dated this 28th day of June 2006.

HOWARD M. LABINER
N.C. BAR NO. 21396
ATTORNEY FOR PLAINTIFF
PO Box 3425
Matthews, NC 28106-3425
Telephone: 704-844-8986
Fax: 704-844-0656
E-Mail: hmlabiner@hotmail.com